UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| DAN MITCHELL | DOCKET NO. 1:05 CV 1432-A<br>SECTION P |
| -vs- | JUDGE DRELL |
| TIM WILKINSON | MAGISTRATE JUDGE KIRK |

## JUDGMENT OF DISMISSAL

After an independent review of the record, including the objections filed by Plaintiff, and in concurring with the reasoning of the Magistrate Judge in the Report and Recommendation previously filed herein,

IT IS ORDERED that this civil rights action is DENIED AND DISMISSED WITH PREJUDICE as FRIVOLOUS.

THUS DONE AND SIGNED, in chambers, at Alexandria, Louisiana, on this 22nd day of December, 2005.

Dee D. Drell
United States District Judge